UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| **MORGAN CALVI,** | ) |
|     **Plaintiff** | ) |
| v. | ) Civil No. 05-11-P-S |
| **CITY OF ROCKLAND, et als.,** | ) |
|     **Defendants** | ) |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on March 31, 2006 his Recommended Decision (Docket No. 52). Plaintiff filed his Objection (Docket No. 54) on April 10, 2006. Defendants Gracie, Knox County and Davey filed their Response to Objection (Docket No. 56) on April 24, 2006. Defendants City of Rockland, Smith and McLaughlin filed their Response to Objection (Docket No. 57) on April 24, 2006.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

    1.    It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

    2.    It is ORDERED that the Motion for Summary Judgment of both the Rockland Defendants and the Knox Defendants (Knox County, Daniel Davey and Rebecca Gracie) is GRANTED as to all claims against them.

    /s/ George Z. Singal
    Chief U.S. District Judge

Dated: April 26, 2006.